# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTINA WATSON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-01053- |
| v. | § | ALM-AGD |
| | § | |
| INTUIT, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On September 9, 2024, the Magistrate Judge entered a Report (Dkt. #26) recommending that Defendant's Partial Motion to Dismiss (Dkt. #6) be granted in part and denied in part.  No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Partial Motion to Dismiss (Dkt. #6) is **GRANTED in part** and **DENIED in part**. It is further **ORDERED** that Plaintiff's hostile work environment claim (Count Four) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. It is finally **ORDERED** that the remainder of Defendant's Partial Motion to Dismiss (Dkt. #6) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 25th day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE